No. 193. Ex parte Nazario, Notario Público.—Petición de la National Surety Company para que se dé por terminada la fianza notarial No. 575 otorgada por dicha compañía el

12 de agosto de 1910 para garantir las funciones notariales del abogado Don Amadeo Nazario Lugo. Resuelta en diciembre 28, 1914. Se da por terminada dicha fianza a partir desde del 26 de febrero de 1915. La compañía peticionaria compareció por escrito por medio de su agente Sr. Harry F. Besosa.